**186 LAWRENCE vs. CIRCUIT JUDGE (Wayne), No. 14229½.**

To vacate order granting leave to appeal from a justice's judgment, after five days had elapsed, where appellant had employed an attorney who had informed him that upon the return day the case would be adjourned and he notified, but on the return day said attorney's mother was buried, and said attorney was taken

seriously ill, and the defendant only learned of the judgment on the 8th day after judgment, when an execution was presented.

Order to show cause denied June 2, 1894.